JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CHRISTOPHER BRANDON,<br><br>    Petitioner,<br><br>    v.<br><br>TIM PEREZ, Warden,<br><br>    Respondent. | Case No. CV 15-8941-CAS (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: January 5, 2016

*/s/ Christina A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE